United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-13937-mdc
Edward B Horwitz                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 3              Date Rcvd: Jan 19, 2017
                              Form ID: 138NEW         Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 21, 2017.
```
db            #+Edward B Horwitz,    1011 N. Hancock Street,    Apt 207,    Philadelphia, PA 19123-2348
cr             +BANK OF AMERICA, N.A.,    2380 PERFORMANCE DR,    RICHARDSON, TX 75082-4333
NONE           +EBE, LLC,    1420 Walnut Street,    Suite 1420,    Philadelphia, PA 19102-4014
NONE           +Mark Miller,    1420 Walnut Street,    Suite 1420,    Philadelphia, PA 19102-4014
NONE           +Michael Gendler,    1420 Walnut Street,    Suite 1420,    Philadelphia, PA 19102-4014
NONE           +Stephen Meranus,    1420 Walnut Street,    Suite 1420,    Philadelphia, PA 19102-4014
12430674       +American Express,    PO Box 981537,    El Paso, TX 79998-1537
12518009        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12430675       +BAC Home Loans Servicing, L.P.,    7105 Corporate Drive,    PTX B-35,    Plano, TX 75024-4100
12452786      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   FIA Card Services, NA as successor in interest to,
                  Bank of America NA and MBNA America Bank,    PO Box 15102,    Wilmington, DE  19886-5102)
12430679       +BP Oil/ /Citibank SD NA,    PO Box 6497,    Sioux Falls, SD 57117-6497
12430678       +Bank One/ JP Morgan Chase,    3415 Vision Drive,    Columbus, OH 43219-6009
12430677       +Bank of NY Mellon,    7105 Corporate Drive,    PTX C-35,    Plano, TX 75024-4100
12430680       +Bureau of Accounts,    3601 Route 9 North,    Howell, NJ 07731-3395
12430682       +CBUSA/Sears,    701 E 60th St North,    PO Box 6241,    Sioux Falls, SD 57117-6241
12430687       +CITi/CBSD,    POB 6497,    Sioux Falls, SD 57117-6497
12430681       +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
12430683       +Cenlar FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
12594195        Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12430684       +Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
12471033        Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
12430685       +Chase Bank/ One Card Serv,    PO Box 15298,    Wilmington, DE 19850-5298
12430686       +Chase-Circuit City,    PO Box 15298,    Wilmington, DE 19850-5298
12430689       +DSNB/ Bloomingdale's,    PO Box 8218,    Mason, OH 45040-8218
12430694       +HSBC Best Buy,    PO Box 5253,    Carol Stream, IL 60197-5253
12430695       +HSBC/ Sak's Fifth Avenue,    PO Box 15521,    Wilmington, DE 19850-5521
12682163        Main Street Acquisition Corp,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                  Malvern, PA 19355-0701
12430699       +Pier 5 Condominium Association,    7 N. Columbus Blvd,    Philadelphia, PA 19106-1422
12430700       +Pier One Imports,    800 Brooksedge Blv.,    Westerville, OH 43081-2822
12430701       +Saks Incorporated,    PO Box 15521,    Wilmington, DE 19850-5521
12430702       +Sears/CBSD,    701 E. 60th St North,    PO Box 6241,    Sioux Falls, SD 57117-6241
12430704       +Sunoco/Citibank,    PO Box 6497,    Citibank Crdt Dispute Unit,    Sioux Falls, SD 57117-6497
12430705       +The Home Depot/ CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
12430690      ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
                (address filed with court:   First Union National Bank,    PO Box 3117,    Winston Salem, NC 27102)
12430707       +WFNNB/ Express Structure,    PO Box 182789,    Columbus, OH 43218-2789
12430708       +WFNNB/Limited Express,    PO Box 182789,    Columbus, OH 43218-2789
12430706       +Wells Fargo Fin Natl Bk-R,    MAC 4031-080,    800 WALNUT STREET,    Des Moines, IA 50309-3605
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Jan 20 2017 02:48:17      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 20 2017 02:47:23
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 20 2017 02:47:52      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 20 2017 02:47:52
                  BAYVIEW LOAN SERVICING, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
                  Coral Gables, FL 33146-1837
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2017 03:09:26
                  PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13349943       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jan 20 2017 02:47:52
                  BAYVIEW LOAN SERVICING, LLC,    4425 PONCE DE LEON BLVD 5TH FLOOR,
                  CORAL GABLES, FLORIDA 33146-1837
12430709       +E-mail/Text: mgumbel@bainbridgelawcenter.com Jan 20 2017 02:46:38      Bainbridge Law Center,
                  850 S. 2nd Street,    Philadelphia, PA 19147-3430
12509185       +E-mail/Text: bncmail@w-legal.com Jan 20 2017 02:47:40      CANDICA L.L.C.,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12521989        E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 02:51:41
                  CR Evergreen II, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111-9221
12430688        E-mail/Text: mrdiscen@discover.com Jan 20 2017 02:46:26      Discover Fincl Svc LLC,
                  PO Box 15316,    Wilmington, DE 19850
12634072       +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 02:51:40
                  East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                  Greenville, SC 29602-0288
12430691       +E-mail/PDF: gecsedi@recoverycorp.com Jan 20 2017 02:52:24      GEMB/ Banana Republic,
                  PO Box 981400,    El Paso, TX 79998-1400
12430693       +E-mail/Text: fnb.bk@fnfg.com Jan 20 2017 02:47:49      Harleysville National Bank,    PO Box 195,
                  Harleysville, PA 19438-0195
```

```
District/off: 0313-2           User: John                 Page 2 of 3                   Date Rcvd: Jan 19, 2017
                               Form ID: 138NEW            Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
12430696        +E-mail/Text: cio.bncmail@irs.gov Jan 20 2017 02:46:43      Internal Revenue Service,
                  600 Arch Street,    Room 5200,   Philadelphia, PA 19106-1611
12430697        +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 02:51:39      LVNV Funding LLC,
                  PO Box 10584,    Greenville, SC 29603-0584
12587849         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 20 2017 02:52:27      LVNV Funding LLC,
                  Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
12530735         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 20 2017 02:57:43
                  Portfolio Recovery Associates, LLC,    PO Box 41067,   Norfolk, VA 23541
13037206        +E-mail/Text: bncmail@w-legal.com Jan 20 2017 02:47:50       Vanda, LLC,
                  c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
12430692        +E-mail/PDF: gecsedi@recoverycorp.com Jan 20 2017 02:51:34      gemb/ jcp,   PO Box 981402,
                  El Paso, TX 79998-1402
                                                                                              TOTAL: 19

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CR Evergreen II, LLC,    MS 550,   PO Box 91121,   Seattle, WA 98111-9221
cr*            +East Bay Funding, LLC,    c/o Resurgent Capital Services,    PO Box 288,
                  GREENVILLE, SC 29602-0288
cr*             Main Street Acquisition Corp,    Becket and Lee LLP.,   Attorneys/Agent for Creditor,   POB 3001,
                  MALVERN, PA 19355-0701
cr*           ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC.,    POB 41067,
                  Norfolk, VA 23541)
cr*            +Vanda, LLC,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
                  Seattle, WA 98121-3132
12443534*      +Internal Revenue Service,    P O Box 7346,   Philadelphia, PA 19101-7346
12788407*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
                 (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,
                  NORFOLK, VA 23541)
12430703*      +Sears/CBSD,    701 E 60th Street North,   PO Box 6241,    Sioux Falls, SD 57117-6241
12430676      ##+Bank of America,    PO Box 15026,   Wilmington, DE 19850-5026
12629527      ##+Bank of America, N.A.,    400 National Way,   Simi Valley, CA 93065-6414
12430698      ##+Nationwide Credit, Inc.,    2002 Summit Blvd,   Ste 600,   Atlanta, GA 30319-1559
                                                                                            TOTALS: 0, * 8, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2017 at the address(es) listed below:
```
              ANDREW   SPIVACK    on behalf of Creditor    Bayview Loan Servicing, LLC et. al. paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW N. SCHWARTZ    on behalf of Creditor    Pier 5 Condominium Owners Association
               andrew.schwartz@psinet.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, NA etal paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC et. al. paeb@fedphe.com
```

```
District/off: 0313-2          User: John              Page 3 of 3              Date Rcvd: Jan 19, 2017
                              Form ID: 138NEW         Total Noticed: 56


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              JONATHAN J. SOBEL    on behalf of  Michael  Gendler mate89@aol.com
              JONATHAN J. SOBEL    on behalf of  Stephen  Meranus mate89@aol.com
              JONATHAN J. SOBEL    on behalf of  Mark  Miller mate89@aol.com
              JONATHAN J. SOBEL    on behalf of    EBE, LLC mate89@aol.com
              MICHAEL   GUMBEL    on behalf of Debtor Edward B Horwitz mgumbel@bainbridgelawcenter.com
              PATRICIA M. MAYER    on behalf of Creditor    Pier 5 Condominium Owners Association
               pmayer.esq@comcast.net,   nydia.ramirez@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, et al...
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                         TOTAL: 15
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Edward B Horwitz
    Debtor(s)

Bankruptcy No: 11−13937−mdc
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 1/19/17