United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-13937-mdc
Edward B Horwitz                                                        Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: Mar 08, 2017
                              Form ID: 195            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.
db              #+Edward B Horwitz,    1011 N. Hancock Street,    Apt 207,    Philadelphia, PA 19123-2348

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Bayview Loan Servicing, LLC et. al. paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon, et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              ANDREW N. SCHWARTZ    on behalf of Creditor    Pier 5 Condominium Owners Association
               andrew.schwartz@psinet.com
              CHRISOVALANTE  FLIAKOS    on behalf of Creditor    Bayview Loan Servicing, LLC paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bayview Loan Servicing, LLC et. al. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Bank of America, NA etal paeb@fedphe.com
              JONATHAN J. SOBEL    on behalf of   Mark  Miller mate89@aol.com
              JONATHAN J. SOBEL    on behalf of     EBE, LLC mate89@aol.com
              JONATHAN J. SOBEL    on behalf of   Michael  Gendler mate89@aol.com
              JONATHAN J. SOBEL    on behalf of   Stephen  Meranus mate89@aol.com
              MICHAEL   GUMBEL    on behalf of Debtor Edward B Horwitz mgumbel@bainbridgelawcenter.com
              PATRICIA M. MAYER    on behalf of Creditor    Pier 5 Condominium Owners Association
               pmayer.esq@comcast.net, nydia.ramirez@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon, et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                  : Chapter 13

Edward B Horwitz                                            : Case No. 11−13937−mdc
       Debtor(s)

***ORDER***
_____

    AND NOW, this day , March 8, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                  By The Court

                                  Magdeline D. Coleman
                                  Judge , United States Bankruptcy Court